| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 20CR02017-001-JLS |
| | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Karen Rachel Ofarrell<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Janis L. Sammartino<br>U.S. District Judge | |
| | DATES OF<br>Supervised Release | FROM<br>01/29/2024 | TO<br>01/28/2027 |

**OFFENSE**

21 U.S.C. § 952, 960; 18 U.S.C. § 2, Importation of Methamphetamine; Aiding and Abetting, a Class B felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Ofarrell has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

08/20/2025
Date

Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 21, 2025
Effective Date

United States District Judge

mlb/ad

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Karen Rachael Ofarrell

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

August 20, 2025

TO: U.S. District Judge

On July 2, 2021, Ofarrell was sentenced to 36 months custody followed by 3 years supervised release by the Honorable Janis L. Sammartino in the Southern District of California for committing the offense Importation of Methamphetamine, aiding and abetting Felony.

Ofarrell began supervision in the Southern District of California after release from custody on January 28, 2025, and on April 27, 2025, Ofarrell transferred supervision to the District of Nevada. Ofarrell has no family or support in California, and her familial support resides in Carlin, NV, where Ofarrell also lives. Ofarrell resides with her daughter and her grandchildren, and has no plans to return to California, and she has now enrolled in Nevada Medicaid and is receiving all retirement payments to her address in Nevada.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable Janis L. Sammartino has agreed to relinquish jurisdiction in the Southern District of California, as is evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Respectfully submitted,

_____
Anthony Spinella
Senior United States Probation Officer

Approved:

_____
Erik Flocchini
Supervisory United States Probation Officer